In the Matter of the Claim of JOSHUA SHEDDEN, Respondent, against HOWARD R. WARE CORP., Employer-Respondent, and ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE COMPANY, LTD., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted May 31, 1949; decided June 3, 1949.

*Edward J. Haniver* and *William L. Schumate* for motion.

*Arthur H. Goldberg* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.